[No. 30594. *En Banc.* January 31, 1949.]

SIMPSON LOGGING COMPANY, *Appellant,* v. THE DEPARTMENT OF LABOR AND INDUSTRIES *et al., Respondents.*[1]

*Bogle, Bogle & Gates* and *Edw. S. Franklin,* for appellant.

*The Attorney General, Theodore M. Ryan* and *Phil H. Gallagher, Assistants,* for respondent Department of Labor and Industries.

*F. W. Loomis,* for respondent George Burtch.

PER CURIAM.—This case and *Simpson Logging Co. v. Department of Labor & Industries, ante* p. 472, being cause No. 30572 of the files of this court, have substantially similar facts. They were jointly presented to the court. The same result should be reached in both and for the same reasons.

Accordingly, the judgment is affirmed.

SIMPSON and ROBINSON, JJ., concur in the result.

[1]Reported in 202 P. (2d) 452.